**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

IN RE:

| | | |
|---|---|---|
| **C & M AIR COOLED ENGINE, INC.** | § | Case No. 18-60249 |
| Debtor | § | (Chapter 11) |

## DEBTOR'S MOTION TO AUTHORIZE SALE FREE AND CLEAR OF LIENS (SALE OF EQUIPMENT TO TEXTRON)

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COME NOW, C & M Air Cooled Engine, Debtor herein, and files this Motion to Authorize Sale Free and Clear of Liens (Sale of Equipment to Textron), and in support thereof would show the following:

1. By this Motion, the Debtor seeks permission to sell approximately 118 pieces of equipment to Textron for $502,590.00, free and clear of all interests, liens, claims and encumbrances, which shall attach to the sale proceeds. The sale assets are not required for Debtor's ongoing operations.

## JURISDICTION AND PROCEDURAL BACKGROUND

2. On April 3, 2018 (the "Petition Date"), Debtor filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Western District of Texas, Waco Division ("Court"), thereby commencing this chapter 11 case ("Case"). Debtor continues in possession of its property and it is operating and managing its business as a debtor in possession pursuant to the provisions of 11 U.S.C. §§ 1107(a) and 1108.

3. No trustee or examiner has been appointed in the Debtor's Chapter 11 Case, nor has a creditors' committee or other official committee been appointed pursuant to 11 U.S.C. §

1102.

4. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334 and 157. This Motion is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A). Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

5. The basis for the relief herein is grounded primarily in 11 U.S.C. §363(b), (f), and (m) and Rules 2002 and 6004 of the Federal Rules of Bankruptcy Produce (the "Bankruptcy Rules").

**Factual Background**

6. C & M Air Cooled Engine, Inc. is a business that was founded in Waco, Texas in 1978. It has business locations in Waco and San Antonio, Texas, Albuquerque, New Mexico and Commerce City, Colorado. Its business consisted of sales and service for a wide variety of golf course and outdoor maintenance equipment. It was a distributor for Jacobsen lawnmowers and EZ-Go golf carts, among other lines.

7. The Debtor has elected to exit the EZ Go and Jacobsen product lines. It has also closed its retail stores in San Antonio, Texas, Albuquerque, New Mexico and Commerce City, Colorado. The closed stores are being maintained by a minimal staff to provide security and to allow customers to retrieve their property.

8. The Debtor has numerous secured creditors. A UCC search by Debtor's counsel found the following financing statements on file.

| Lender | Perfection Date | Debt | Collateral |
|---|---|---|---|
| American Honda Finance Corporation | 4/11/94 | $23,121.00 | All Honda vehicles, generators, lawnmowers and other grass equipment for which Honda provides financing |
| Crader Equipment | 11/29/11 | $70,118.40 | Stihl branded products |

1517582.v1

| | | | |
|---|---|---|---|
| Company, Inc. | | | |
| Golden Eagle Distributing Corporation | 8/25/15 | $18,125.61 | Inventory purchased from Golden Eagle |
| Kubota Credit Corporation | 3/17/15 | $6,305.00 | Kubota Tractor |
| National Bank | 7/11/12 | | 2013 Aluma Ltd Utility Trailer |
| National United | 3/1/17 | $7,404.85 | 2017 Cargomate Econo Hauler |
| Redexim USA | 5/15/08 6/6/08 | $128,058.45 | All inventory & goods acquired from secured party |
| Stihl, Incorporated | 5/18/12 | | Stihl branded products |
| TCF Inventory Finance, Inc. | 4/30/99 | | All equipment and inventory financed or refinanced by Secured Party for Debtor |
| TCF Inventory Finance, Inc. | 6/14/11 | | All accounts, chattel paper, inventory, equipment, instruments, investment property, documents, deposit intangibles and cash |
| Texas First State Bank | 10/20/03 | $1,500,000.00 $677,330.37.00 | Inventory, accounts and equipment |
| Venture Products, Inc. | 9/27/13 | $26,866.21 | Venture Products, Inc. products |
| VGM Financial Services | 10/14/12 | | Equipment leased or financed from TCF Equipment Finance |
| Waukesha-Pearce industries, Inc. | 10/25/04 | $3,861.31 | All inventory purchased from secured party |
| Wells Fargo Commercial Distribution Finance, LLC | 2/2/95 | $1,567,653.02 | Inventory, accounts, chattel paper, documents, equipment, fixtures, general intangibles, contract rights, deposit accounts, certificate of deposit and books, records, disks and tapes |
| Wells Fargo Commercial Distribution Finance, LLC | 9/14/12 | | Briggs & Stratton products |
| Wells Fargo Financial Leasing, Inc. | 6/9/14 | $305,916.32 | All property acquired, leased or financed by Wells Fargo. |
| Wells Fargo Financial Leasing, Inc. | 6/10/14 | | Specific golf carts |
| Wells Fargo Financial Leasing, | 6/10/14 | | Specific golf carts |

| Inc. | | | |

9. Of Debtor's lienholders, Wells Fargo Commercial Distribution Finance, LLC, Texas First Bank and TCF Inventory Finance each hold blanket liens on all the Debtor's property. Debtor believes that Wells Fargo has first priority, Texas First Bank is second and TCF Inventory Finance is third.

10. Both Wells Fargo CDF and TCF Inventory Finance are also floor plan lenders for the Jacobsen and EZ Go lines. The Debtor has sold certain inventory financed by Wells Fargo CDF and TCF Inventory Finance and has remitted the following sums to the lenders from the petition date through July 6, 2018:

  a. WFCDF  $235,473
  b. TCFIF   $395,885

The Debtor has also made adequate protection payments of $150,000 to Wells Fargo and $263,525 to Texas First Bank. Wells Fargo CDF has obtained an order lifting the automatic stay, which allows it to repossess its remaining purchase money inventory and TCFIF has a pending motion.

11. The Debtor continues to operate its Waco retail location and maintains a warehouse in Waco as well.

12. While the Debtor was operating its business, Textron Inc. ("Textron") was its primary vendor for EZ-Go and Jacobsen products. Textron has indicated an interest in purchasing some of Debtor's equipment that does not consist of EZ-Go or Textron products. Instead, this equipment will be of benefit to other dealers working with Textron.

13. The items proposed to be sold are listed on the attached Exhibit A. Their cost to the Debtor was $908,311.19. Textron has agreed to pay slightly more than 55% of this amount,

which will be equal to $502,590.00. This amount will be paid in cash at closing, which the parties endeavor to occur within fourteen (14) days from entry of the Court's order approving the sale in form and substance acceptable to Textron.

**ARGUMENTS AND AUTHORITIES IN SUPPORT OF REQUEST
FOR APPROVAL OF AUCTION SALE FREE AND CLEAR OF LIENS**

**Private Sale as an Exercise of the Debtor's sound business judgment**

14. Under 11 U.S.C. §363(b)(1), a trustee may sell property of the estate not in the ordinary course of business. In order to sell property under §363(b)(1), the Debtor must demonstrate that is has exercised business judgment. The Debtor first concluded that an auction sale of items not being returned to lenders or used in its operating retail store would bring the best return for creditors. The Debtor negotiated the present sale at arm's-length. The Debtor believes that the amount to be received will be greater than it would otherwise be able to obtain at auction because Textron has a specific use for the property.

15. The Debtor's decision to pursue a private sale to Textron represents a sound exercise of its business judgment. The Debtor believes the sale terms are fair and the consideration it is receiving is fair and reasonable. Further, a piecemeal sale at auction of the Textron sale assets would not generation as high of a price as the consolidated Textron offer. Accordingly, cause exists to approve the sale to Textron outside the ordinary course of Debtor's business.

**Free and Clear Sale**

16. Under 11 U.S.C. §363(f) the trustee may sell property free and clear of liens if one of several tests is met. Under §363(f)(2), property may be sold free and clear of liens if the creditor consents. Debtor anticipates that the secured creditors in question will consent. All purchase money liens will be paid upon sale of the collateral. The sale property will be sold free

1517582.v1

and clear of all interests, liens, claims, and encumbrances, all of which will apply to the sale proceeds to the same extent and priority as in the sale property.

**Textron is Entitled to the Protections of section 363(m)**

17. The proposed sale transaction to Textron is the result of an arm's-length negotiation between Textron and the Debtor. The sale assets do not represent core business assets and are not required for the Debtor's ongoing business operations or for a potential reorganization. The Debtor acted on an informed basis, in good faith, and with the honest belief that the sale of assets to Textron is in the best interests of the estate. Therefore, there is a good reason to approve the sale transaction under section 363.

18. The Debtor believes Textron is a good faith purchaser of the sale assets, and as such, is entitled to the protections afforded to such purchaser under 11 U.S.C. § 363(m). Textron has acted in good faith in all respects in connection with the proposed sale transaction. Textron is not an "insider" of the Debtor, as that term is defined in the Bankruptcy Code; the sale was negotiated in good faith; at all times the Debtor and Textron were represented by competent counsel of their choosing; the consideration to be paid by Textron upon entry of an acceptable sale order is fair and reasonable; and the sale is not the result of fraud or conclusion.

19. Neither Debtor nor Textron have engaged in any conduct that would cause or permit the proposed sale transaction to be avoided or result in the imposition of any costs or damages under 11 U.S.C. § 363(n).

20. Accordingly, Textron is entitled to the protection of section 363(m) of the Bankruptcy Code.

**Waiver of 14-day Stay under Bankruptcy Rule 6004(h)**

21. Debtor also requests that the fourteen-day stay under Bankruptcy Rule 6004(h) be

waived so that the sale order will be effective immediately.

**Notice**

22.     Twelve days written notice to all creditors and the Office of the United States Trustee will be provided.  The Debtor submits that, in view of the facts and circumstances, such notice is sufficient and no other or further notice need be provided.

WHEREFORE, Debtor requests that the Court approve the sale to Textron described above and authorize the sale of specific equipment to Textron free and clear of interests, liens, claims and encumbrances (which shall attach to the sale proceeds), as well as such other relief at law and in equity to which it may be entitled.

Respectfully Submitted,

**BARRON & NEWBURGER, P.C.**
7320 N. Mopac Expy, Suite 400
Austin, Texas 78731
(512) 649-3243
(512) 476-9253 Facsimile

/s/ Stephen Sather
Stephen Sather
State Bar No 17657520
Barbara M. Barron
State Bar No. 01817300
**ATTORNEY FOR DEBTOR,
C & M AIR COOLED ENGINE**

### CERTIFICATE OF SERVICE

     The undersigned hereby certifies that on August 9, 2018 a true and correct copy of the above and foregoing *Motion to Authorize Sale* was served by electronic transmission through the Court's ECF noticing system to those parties-in-interest registered to receive such service and by first class mail to the parties on the attached list.

                                        */s/ Stephen Sather*
                                        Stephen Sather

```
Label Matrix for local noticing          C & M Air Cooled Engine, Inc.         U.S. BANKRUPTCY COURT
0542-6                                   PO Box 20517                          800 FRANKLIN AVE., SUITE 140
Case 18-60249-rbk                        Waco, TX 76702-0517                   WACO, TX 76701-1934
Western District of Texas
Waco
Thu Aug  9 14:15:09 CDT 2018

19th Hole Cart, LLC                      531-Praxair Distribution, Inc         A-Line Auto Parts
PO Box 4831                              Dept 812                              PO Box 18089
Scottsdale, AZ 85261-4831                PO Box 120812                         Austin, TX 78760-8089
                                         Dallas, TX 75312-0812


AAA Cooper Transportation                ACI Distributors                      AES Lawnparts
PO Box 935003                            PO Box 790100                         1651 E. Kansas City Road
Atlanta, GA 31193-5003                   St. Louis, MO 63179-0100              Olathe, KS 66061-5847


AT&T Long Distance, LLC                  AT&T Corp                             AT&T Inc
% AT&T Services, Inc                     % AT&T Services, Inc.                 c/o James Grudus Esq
Karen A. Cavagnaro - Lead Paralegal      Karen Cavagnaro, Lead Paralegal       One AT&T Way, Rm 3A218
One AT&T Way, Room 3A104                 One AT&T Way, Room 3A104              Bedminster, NJ 07921-2694
Bedminster, NJ 07921-2693                Bedminster, NJ 07921-2693

AT&T Mobility                            Advance Battery Co., Inc.             Ally Bank
P.O. Box 6463                            14011 Topperwein Road                 PO Box 130424
Carol Stream, IL  60197-6463             San Antonio, TX 78233-4082            Roseville MN 55113-0004


Ally Financial                           Ally Financial                        Alpha Technical Services
P.O. Box 9001948                         PO Box 130424                         PO Box 23233
Louisville, KY 40290-1948                Roseville, MN 55113-0004              Waco, TX 76702-3233


Aluma                                    American Honda Finanical              American Honda Motor Co., Inc.
PO Box 287                               PO Box 1844                           1919 Torrance Blvd
Bancroft, IA 50517-0287                  Alpharetta, GA 30023-1844             MS 100-2W-5H
                                                                               Torrance, CA 90501-2746


Anderson Industrial Engines              Aramark                               Ariens
13423 Lynam Drive                        PO Box 731676                         PO Box 71237
Omaha, NE 68138-4446                     Dallas, TX 75373-1676                 Chicago, IL 60694-1237


B&B Technologies                         Bain Paper                            Bank of America Business Card
674 Hwy 75                               224 Cotton Dr.                        PO Box 15710
Tekamah, NE 68061-4177                   Waco, TX 76712-6725                   Wilmington, DE 19850-5710


Barnhill Bolt Co., Inc.                  Batteries Plus Waco-#300              Battery Systems, Inc.
2500 Princeton NE                        4300 W. Waco Dr., Bldg A, Suite 3     12322 Monarch Street
Albuquerque, NM 87107-1704               Waco, TX 76710-7010                   Garden Grove, CA 92841-2909
```

| | | |
|---|---|---|
| Battery Watering Technologies<br>PO Box 696<br>Lewisville, NC 27023-0696 | Beaver Valley Supply Co<br>9591 Northfield Blvd<br>Denver, CO 80238-3536 | Bernalillo County Treasurer<br>PO Box 27800<br>Albuquerque, NM 87125-7800 |
| Bexar County<br>c/o Don Stecker<br>711 Navarro, Suite 300<br>San Antonio, TX 78205-1749 | Bishop Enterprises<br>3926 Barfield Crescent Road<br>Murfreesboro, TN 37128-5719 | Brandt Consolidated, Inc<br>Specialty Formulations<br>2935 South Koke Mill Road<br>Springfield, IL 62711-9651 |
| Brazos Valley Equipment Co<br>7736 Central Park Dr<br>Woodway, TX 76712-6535 | Briggs & Stratton Power Products Group,<br>PO Box 88251<br>Milwaukee, WI 53288-0251 | Briggs Ranch Golf Club<br>2818 Rustler's Trail<br>San Antonio, TX 78245-3617 |
| Buffalo Turbine<br>180 Zoar Valley Road<br>Springville, NY 14141-9248 | Buttery Company, LLP<br>201 W. Main<br>Llano, TX 78643-1995 | C-Systems Software, Inc.<br>2201 Arlington Downs Road<br>Arlington, TX 76011-6319 |
| CS Trading, LLC<br>PO Box 510<br>Liberty, SC 29657-0510 | CTWP<br>3730 Franklin Ave<br>Waco, TX 76710-7385 | Carroll Tire Company<br>PO Box 205535<br>Dallas, TX 75320-5535 |
| Central National<br>114 W. 7th Street #100<br>Austin, TX 78701-3031 | Central National Bank<br>PO Box 2525<br>Waco, TX 76702-2525 | Central Texas Security<br>205B-1B Otis Dr.<br>Waco, TX 76712 |
| CenturyLink<br>PO Box 9115<br>Seattle, WA 98109-0115 | Citi Business Card<br>PO Box 9001037<br>Louisville, KY 40290-1037 | City & County of Denver<br>201 W. Colfax<br>Denver, CO 80202-5329 |
| City of Commerce City<br>7887 E 60th Ave<br>Commerce City, CO 80022-4199 | City of Pueblo<br>PO Box 1427<br>Pueblo, CO 81002-1427 | City of Waco Water<br>P.O. Box 2649<br>Waco, TX 76702-2649 |
| City of Waco et al<br>c/o Tara LeDay<br>P.O. Box 1269<br>Round Rock, TX 78680-1269 | Commercial Lighting<br>PO Box 270651<br>Tampa, FL 33688-0651 | Continental Battery Company<br>4919 Woodall Street<br>Dallas, TX 75247-6795 |
| Cool Tops<br>1622 Beech Ridge Road<br>Belhaven, NC 27810-9748 | Crader Distributing<br>808 Highway 34 West<br>Marble Hill, MP 63764-4302 | Crader Distributing<br>808 Highway 34W<br>Marble Hill, MO 63764-4302 |

| | | |
|---|---|---|
| Crader Distributing Company<br>Attn: Stan Beel<br>808 Highway 34W<br>Marble Hill, MO 63764-4302 | Crader Distributing Company<br>c/o Erin B. Shank, PC<br>1902 Austin Avenue<br>Waco, TX 76701-1619 | Crary Company<br>PO Box 849<br>West Fargo, ND 58078-0849 |
| Cross Security<br>PO Box 5188<br>Waco, TX 76708-0188 | Cummins Southern Plains<br>PO Box 910509<br>Dallas, TX 75391-0509 | DMS Turf Services<br>112 Briar Lane<br>Rockdale, TX 76567-3372 |
| DVL Freight Systems Inc-JS<br>4977 Levy<br>Saint-Laurent, PQ H4R 2N9 | Dave Woolever<br>Rte 2 Box 781-C<br>Raymondville, TX 78580 | Deep Rock<br>PO Box 660579<br>Dallas, TX 75266-0579 |
| Dewinne Equipment Co<br>11002 Bandera Road<br>San Antonio, TX 78250-6813 | Dietz Financial<br>5400 Bosque Blvd., Suite 690<br>Waco, TX 76710-4495 | Direct Parts<br>PO Box 83606<br>Lincoln, NE 68501-3606 |
| Discount Turf Prouducts<br>PO Box 7506<br>Lakeland, FL 33807-7506 | Dupuy Oxygen<br>PO Box 7833<br>Waco, TX 76714-7833 | E-Z-GO A Texteron Company<br>26007 Network Place<br>Chicago, IL 60673-1260 |
| EC Power Systems<br>3233 Oakland Street<br>Aurora, CO 80010-1509 | EETC<br>3880 Press Wallace Dr<br>York, SC 29745-9706 | EZGO-Canada Limited<br>214-7565 132nd St<br>Surrey, BC Canada V3W IJ8 |
| Eagle Parts & Products<br>1411 Marvin Griffin Road<br>Augusta, GA 30906-3852 | Eastern Industries<br>PO Box 338<br>Chester, NH 03036-0338 | Easy Picker Golf Products, Inc<br>415 Leonard Blvd N<br>Lehigh Acres, FL 33971-6302 |
| Engine Warehouse Inc<br>PO Box 40490<br>Houston, TX 77240-0490 | Equipment Depot<br>PO Box 209004<br>Dallas, TX 75320-9004 | Exel Transportation Services<br>PO Box 844711<br>Dallas, TX 75284-4711 |
| Exide Technologies Transportation<br>Accounts Dept.<br>PO Box 933479<br>Atlanta, GA 31193-3479 | Fastenal Company<br>PO Box 978<br>Winona, MN 55987-0978 | Federated Insurance<br>PO Box 64304<br>St. Paul, MN 55164. 55164-0304 |
| Fire Alarm Services, Inc.<br>4800 W. 60th Ave<br>Arvada, CO 80003-6915 | First National Bank<br>PO Box 128<br>Moody, TX 76557-0128 | Flight Systems Industrial Products<br>1015 Harrisburg Pike<br>Carlisle, PA 17013-1616 |

| | | |
|---|---|---|
| Foley United<br>393 Troy Street<br>River Falls, WI 54022-1581 | Follow Thru Land & Development<br>PO Box 17728<br>Denver, CO 80217-0728 | Follow Thru Land & Development LLC<br>c/o David M. Rich, Esq.<br>Minor & Brown PC<br>650 S. Cherry Street, Suite 1100<br>Denver, CO 80246-1800 |
| Ford Motor Credit Co<br>1701 Directors Blvd., Ste 320<br>Austin, TX 78744-1144 | G&K Services<br>5101 Wilshire Avenue NE<br>Albuquerque, NM 87113-1952 | GE Commercial Finance<br>PO Box 74651<br>Chicago, IL 60675-4651 |
| GPS North America<br>Luxembourg Corporate Center<br>406 Executive Drive<br>Langhorne, PA 19047-8003 | Gage<br>1512 Lake Air Drive, Suite 116<br>Waco, TX 76710-2973 | Gateway Tire of Texas<br>1525 W Beltline Road<br>Carrollton, TX 75006-6918 |
| Golden Eagle<br>1251 Tinker Road<br>Rocklin, CA 95765-1311 | Golf Parts Direct<br>100 Cummings Center, Suite 359C<br>Beverly, MA 01915-6522 | Grainger<br>Dept 802362590<br>PO Box 419267<br>Kansas, MO 64141-6267 |
| Guthrie Trailer Sales<br>5250 Interstate 35 North<br>Waco, TX 76705-1440 | HG Makelim Co<br>219 Shaw Road<br>S. San Francisco, CA 94080-6685 | HSSCO, Inc<br>PO Box 33517<br>San Antonio, TX 78265-3517 |
| Hawkins Battery<br>1102 S. Oakes<br>San Angelo, TX 76903-7499 | Hearn Heat & Air<br>8718 Wren<br>Waco, TX 76712-3572 | Hensley Battery & Electrical Supply<br>PO Box 17108<br>Denver, CO 80217-0108 |
| Hesselbein Tire Southwest<br>4823 Corner Pkwy<br>San Antonio, TX 78219-1893 | Husqvarna Financial Services<br>75 Remittance Drive, Suite 6869<br>Chicago, IL 60675-6869 | Hustler Turf Equipment, Inc.<br>PO Box 641989<br>Cincinnati, OH 45264-1989 |
| IMG College, LLC<br>PO Box 16533<br>Palatine, IL 60055-0001 | Interstate Battery System<br>1100 Finefeather Road<br>Bryan, TX 77803-3823 | Jack of All Trades<br>2701 Franklin Ave<br>Waco, TX 76710-7437 |
| Jack of All Trades Personnel Services, Inc.<br>2701 FRANKLIN AVE<br>WACO, TX 76710-7437 | Jacobsen, a Textron Company<br>23540 Network Place<br>Chicago, IL 60673-1235 | Jerry Don Mathis<br>1003 Lost Oak Ridge<br>Woodway, TX 76712 |
| John W. McAnally, PC CPA<br>8301 Bosque Blvd<br>Waco, TX 76712-3485 | K & L Properties<br>9265 Schoenthal Rd.<br>Garden Ridge, TX 78266-2620 | KWIK Tire & Automotive<br>6600 Woodway Drive<br>Waco, TX 76712-6143 |

| | | |
|---|---|---|
| Kawasaki Motors Corp<br>c/o Susan McFaul<br>26972 Burbank<br>Foothill Ranch, CA 92610-2506 | Kawasaki Motors Corp USA<br>PO Box 888285<br>Grand Rapid, MI 49588-8285 | Kubota Credit Corporation<br>PO Box 9013<br>Addison, Texas 75001-9013 |
| Kubota Finance<br>PO Box 0559<br>Carol Stream, IL 60132-0059 | LK Jordan<br>321 Texan Trail, Ste 100<br>Corpus Christ, TX 78411-1825 | Leggott Trailers of Waco<br>PO Box 886<br>Waco, TX 76703-0886 |
| Lely North America<br>PO Box 5159<br>Carol Stream, IL 60197-5159 | Lightbourn Equipment Company<br>PO Box 801870<br>Dallas, TX 75380-1870 | Lone Star Tire<br>1701 E. Waco Drive<br>Waco, TX 76704-2410 |
| Ludwig Saw & Tool<br>1701 Maple Ave<br>Waco, TX 76707-1532 | M-B Companies Inc<br>PO Box 200<br>New Holstein, WI 53061-0200 | MFCP, Inc<br>8433 Solution Center<br>Chicago, IL<br>60677-8004 |
| MG Bryan Equipment Co<br>1906 S. Great Southwest Pkwy<br>Grand Prairie, TX 75051-3503 | Manager of Finance<br>City & County of Denver<br>PO Box 650781<br>Dallas, TX 75265-0781 | Marr Bros, Inc<br>423 E. Jefferson<br>Dallas, TX 75203-2697 |
| Marr Bros. Inc.<br>c/o Robert B. Somers<br>202 High Canyon Court<br>Richardson, TX 75080-2670 | Matheson Tri-Gas<br>Dept 3028<br>PO Box 123028<br>Dallas, TX 75312-3028 | McCoy's Lawn Equipment<br>8501 Research Blvd<br>Austin, TX 78758-7841 |
| McLane MFG<br>7110 E. Rosecrans Ave<br>Paramount, CA 90723-2530 | McLennan County<br>c/o Diane W. Sanders<br>Linebarger Goggan Blair & Sampson, LLP<br>P.O. Box 17428<br>Austin, TX 78760-7428 | McLennan County Tax Office<br>P.O. Box 406<br>Waco, TX  76703-0406 |
| Metroplex Battery Inc<br>PO Box 29688<br>Dallas, TX 75229-0688 | Midco Sling of San Antonio<br>9101 W. Carpenter Frwy<br>Dallas, TX 75247-4532 | Motion Industries<br>PO Box 849737<br>Dallas, TX 75284-9737 |
| Mr. Golf Carts, Inc<br>PO Box 448<br>Waynesboro, GA 30830-0448 | NAPA Auto Parts<br>1503 W. Ave M<br>Temple, TX 76504-7231 | NAPA Auto Parts<br>File 56893<br>Los Angeles, CA 90074-6893 |
| NAPA Auto Parts<br>PO Box 848033<br>Dallas, TX 75284-8033 | National Bank<br>905 Main St.<br>Gatesville, TX 76528-1434 | National United<br>PO Box 779<br>Gatesville, TX 76528-0779 |

| | | |
|---|---|---|
| National United<br>c/o Blake Rasner<br>HALEY & OLSON, P.C.<br>100 N. Ritchie Road, Suite 200<br>Waco, Texas 76712-8544 | Neary Technologies<br>1173 Benson Street<br>River Falls, WI 54022-1594 | New Mexico Gas Company<br>PO Box 27885<br>Albuquerque, NM 87125-7885 |
| Nextlink Broadband<br>95 Parker Oaks Lane<br>Hudson Oaks, TX 76087-1265 | Nissan Motor Acceptance<br>POB 660366<br>Dallas, TX 75266-0366 | (p)NISSAN MOTOR ACCEPTANCE CORPORATION<br>LOSS RECOVERY<br>PO BOX 660366<br>DALLAS TX 75266-0366 |
| Nivel Parts & MFG CO, LLC<br>6358 Paysphere Circle<br>Chicago, IL 60674-0063 | O'Reilly Automotive Stores<br>POB 1156<br>Springfield, MO 65801-1156 | (p)O REILLY AUTOMOTIVE INC<br>P O BOX 1156<br>SPRINGFIELD MO 65801-1156 |
| Office Depot<br>PO Box 660113<br>Dallas, TX 75266-0113 | PJC Investments, LLC<br>c/o Eric J. Taube<br>Waller Lansden Dortch & Davis, LLP<br>100 Congress Ave., Suite 1800<br>Austin, TX 78701-4042 | PNC Equipment Finance<br>PO Box 931034<br>Cleveland, OH 44193-0004 |
| PNC Equipment Finance, LLC<br>c/o Askounis & Darcy, PC<br>444 N. Michigan Ave., Ste 3270<br>Chicago, IL 60611-3906 | PNC Equipment Finance, LLC<br>c/o Mark Stout<br>Padfield & Stout, LLP<br>421 W. Third Street, Suite 910<br>Fort Worth, Texas 76102-3751 | PNM Electric<br>PO Box 27900<br>Albuquerque, NM 87125-7900 |
| Panhandle Golf Cars<br>PO Box 953<br>Lubbock, TX 79408-0953 | Payroll Systems<br>PO Box 7616<br>Waco, TX 76714-7616 | Perry Office Plus<br>PO Box 1200<br>Temple, TX 76503-1200 |
| Pioneer Steel & Pipe Co, Inc<br>PO Box 154485<br>Waco, TX 76715-4485 | Planetair Turf Products, LLC<br>5115 Starfish Ave<br>Naples, FL 34103-2464 | Plano Power Equipment<br>1414 North Central Expwy<br>Plano, TX 75074-5713 |
| Power Distributors, LLC<br>PO Box 677857<br>Dallas, TX 75267-7857 | Power Systems<br>3333 Oakland St<br>Aurora, CO 80010 | Progressive Turf Equipment<br>PO Box 940<br>Seaforth, Ontario Canada N0K 1W0 |
| Progressive Turf Equipment Inc.<br>137 West William St<br>Box 940<br>Seaforth Canada,Ontario<br>N0K 1W0 | Purvis Industries<br>PO Box 540757<br>Dallas, TX 75354-0757 | Quality Fasteners<br>10405 IH 35 N<br>San Antonio, TX 78233-6623 |
| Quality Signs<br>2838 E. Baars Ct<br>Gilbert, AZ 85297-6014 | R&L Carriers, Inc<br>PO Box 10020<br>Port William, OH 45164-2000 | R&R Products<br>3334 E Milber Street<br>Tucson, AZ 85714-2029 |

| | | |
|---|---|---|
| Rahn Industries<br>PO Box 533<br>Prior Lake, MN 55372-0533 | Raven Industries<br>NW-9348<br>PO Box 1450<br>Minneapolis, MN 55485-9348 | Redexim NA<br>458 Wyoming Ave<br>Kingston, PA 18704-3638 |
| Redexim USA, b.v.<br>c/o Joe Martinec<br>Martinec, Winn & Vickers, PC<br>611 S. Congress Ave., Ste 450<br>Austin, TX 78704-1771 | Richards Supply Co<br>PO Box 1878<br>Waco, TX 76703-1878 | Rotary Corp<br>PO Box 930216<br>Atlanta, GA 31193-0216 |
| Royal Supply Co<br>7050 E. 54th Place<br>Commerce City, CO 80022-4806 | SIP Corporation<br>7210 Anderson Rd, Suite A<br>Tampa, FL 33634-3010 | SMY-MATH<br>PO Box 20517<br>Waco, TX 76702-0517 |
| (c)SAFELITE FULFILLMENT INC<br>ATTN: REAL ESTATE DEPT<br>7400 SAFELITE WAY<br>COLUMBUS OH  43235-5086 | Safety Kleen Corporation<br>1650 Independence Drive<br>New Braunfels, TX 78132-3942 | Schiller Grounds Care, Inc<br>Attn: Accounts Receivable<br>PO Box 469<br>Johnson Creek, WI 53038-0469 |
| Seago International<br>229 9th Street NW<br>Hickory, NC 28601-4863 | Service Uniform<br>102 Fran Fran Street<br>San Antonio, Texas 78207-8092 | Service Uniform<br>c/o Steven Treu<br>745 E Mulberry, Ste 700<br>San Antonio, TX 78212-3172 |
| Shilling Storage Trailers<br>PO Box 1033<br>Elm Mott, TX 76640-1033 | Silverstone Inc<br>4350 McKinley St<br>Omaha, NE 68112-1643 | SkyBitz Inc.<br>200 South Wacker Drive<br>Suite 1800<br>Chicago, IL 60606-5911 |
| Skybitz<br>Dept Ch 16861<br>Palatine, IL 60055-6861 | Slope Care<br>207 N. Goldenrod Road #400<br>Orlando, FL 32807-8294 | Smith Co<br>34 West Avenue<br>Wayne, PA 19087-3311 |
| South Adams County Water & Sanitation Di<br>PO Box 711863<br>Denver, CO 80271-1863 | Southwest AG & Turf<br>138 Rivercreek Ranch Lane<br>FT. Worth, TX 76126-6026 | Southwestern Bell Telephone Company<br>c/o AT&T Services Inc.<br>Karen A. Cavagnaro - Lead Paralegal<br>One AT&T Way, Room 3A104<br>Bedminster, NJ 07921-2693 |
| Spraying Devices, Inc.<br>P. O. Box 3107<br>Visalia, CA  93278-3107 | Stens Specialty Brands, LLC<br>PO Box 8456<br>Chicago, IL 60197-8456 | Sunbright Paper Recycling<br>701A Texas Central Pkwy<br>Waco, TX 76712-6683 |
| T.I.P Inc<br>1619 County K<br>Custer, WI 54423-9709 | TCF Equipment Finance Exchange<br>PO Box 77077<br>Minneapolis, MN 55480-7777 | TCF Equipment Finance Exchange, LLC<br>1111 W. San Marnan Dr.<br>Waterloo, IA 50701-8926 |

| | | |
|---|---|---|
| TCF Inventory Finance<br>c/o Joe Marshall<br>3131 McKinney Ave #600<br>Dallas, TX 75204-2456 | TCFIF<br>PO Box 4502<br>Carol Stream, IL 60197-4502 | TerraCab<br>PO Box 909<br>Morden, Manitoba Canada R6M 1Y4 |
| Texas First State Bank<br>101 Santa Fe Dr<br>Woodway, TX 76712-3980 | Texas First State Bank<br>c/o Blake Rasner<br>HALEY & OLSON, P.C.<br>100 N. Ritchie Road, Suite 200<br>Waco, Texas 76712-8544 | Texas Outdoor Power Equipment Dist.<br>c/o Charles L. Eppright<br>900 Congress Ave. Ste 300<br>Austin, TX 78701-2432 |
| Texas Outdoor Power Equipment Distributors<br>111 Halmar Cove<br>Georgetown, TX 78628-2331 | Textron Financial<br>21720 Network Place<br>Chicago, IL 60673-1217 | Textron Financial<br>Dept 40219<br>Atlanta, GA 31192-0219 |
| Textron Inc.<br>c/o Nathan Q. Rugg<br>Barack Ferrazzano Kirschbaum & Nagelberg<br>200 West Madison Street, Suite 3900<br>Chicago, IL 60606-3465 | The Broyhill Co<br>PO Box 475<br>Dakota City, NE 68731-0475 | The Local Government Purchasing Co-Op<br>PO Box 975110<br>Dallas, TX 75397-5110 |
| The Perry Co<br>500 S. Valley Mills Drive<br>Waco, TX 76711-1176 | Tiger Sanitation<br>PO Box 200143<br>San Antonio, TX 78220-0143 | Time Transportation & Leasing<br>209 Sand Bar Ferry Road<br>Augusta, GA 30901-1849 |
| Tipton International, Inc<br>4204 LaSalle<br>Waco, TX 76706 | Tope<br>111 Halmar Cove<br>Georgetown, TX 78628-2331 | Tubes N Hoses<br>1501 Franklin Ave<br>Waco, TX 76701-1717 |
| Turf Masters of Texas<br>1513 Monte Vista<br>Waco, TX 76711-1384 | Turf Pride<br>PO Box 975<br>Andalusia, AL 36420-1219 | Turfco MFG, Inc<br>PO Box 490340<br>Blaine, MN 55449-0340 |
| UBS Wealth Advice Center<br>1000 Harbor Blvd., 3rd Flr<br>Weehawken, NJ 07086-6761 | UPS Freight<br>PO Box 730900<br>Dallas, TX 75373-0900 | Uline<br>Attn: Accounts Receivable<br>PO Box 88741<br>Chicago, IL 60680-1741 |
| UniShippers<br>PO Box 4011<br>Greenwood Village, CO 80155-4011 | UniShippers<br>PO Box 526279<br>Salt Lake City, UT 84152-6279 | Unifirst Corporation<br>14000 E. Moncrieff Place<br>Aurora, CO 80011-1624 |
| Unifirst Corporation<br>Attn: Accounts Receivable<br>215 Altez SE St<br>Albuquerque, NM 87123-3203 | Unifirst Corporation<br>Attn: Accounts Receivable<br>68 Jonspin Road<br>Wilmington, MA 01887-1086 | Unifirst Holdings<br>3047 E. Commerce St<br>San Antonio, TX 78220-1036 |

| | | |
|---|---|---|
| United Healthcare<br>Dept. CH 10151<br>Palatine, IL  60055-0151 | United States Trustee - WA12<br>United States Trustee<br>903 San Jacinto Blvd, Suite 230<br>Austin, TX 78701-2450 | VGM Financial<br>1111 W San Marman Dr, Ste A2 West<br>Waterloo, IA 50701-8926 |
| Van Wall Equipment<br>13747 Industrial Road<br>Omaha, NE 68137-1129 | VanBarCo<br>6340 E 58th Ave, Unit A<br>Commerce City, CO 80022-3980 | Vantage Vehicle<br>1740 N. Delilah St<br>Corona, CA 92879-1893 |
| Venture Products<br>500 Venture Drive<br>Orrville, OH 44667-2508 | Verizon Wireless<br>PO Box 660106<br>Dallas, TX 75266-0108 | Viamedia<br>Accounts Receivables<br>220 Lexington Green Circle, Ste 300<br>Lexington, KY 40503-3338 |
| Walter Industrial & Sanitary Supply<br>4275 Broadway, Unit B<br>Denver, CO 80216-4921 | Waukesha-Pearce Industrial, Inc<br>PO Box 204116<br>Dallas, TX 75320-4116 | Webb Oil Company<br>6009 N. Hwy 6<br>Waco, TX 76712 |
| Wells Fargo Commercial Distribution<br>Dawn Wolterink<br>5595 Trillium Blvd.<br>Hoffman Estates, IL 60192-3405 | Wells Fargo Commercial Distribution Fina<br>PO Box 206740<br>Dallas, TX 75320-6740 | Wells Fargo Commercial Distribution Finance,<br>c/o Larry Chek<br>Palmer & Manuel, PLLC<br>8350 N. Central Expressway, Suite 1111<br>Dallas, Texas 75206-1625 |
| Wells Fargo Financial Leasing<br>MAC N0005-055<br>800 Walnut Street<br>Des Moines, IA 50309-3605 | Wells Fargo Financial Leasing, Inc.<br>800 Walnut Street, MAC N0005-055<br>Attn:  Paige Behounek<br>Des Moines, IA 50309-3891 | Wells Fargo Financial Leasing, Inc.<br>c/o Larry Chek<br>Palmer & Manuel, PLLC<br>8350 N. Central Expressway, Suite 1111<br>Dallas, Texas 75206-1625 |
| Whipper Clipper<br>2504 N. State Hwy 78<br>Bonham, TX 75418-6865 | Wilfred Macdonald, Inc<br>19 Central Blvd<br>South Hackensack, NJ 07606-1801 | Wylie MFG Co<br>702 E. 40th Street<br>Lubbock, TX 79404-3006 |
| YRC Freight<br>PO Box 730375<br>Dallas, TX 75373-0375 | Stephen W. Sather<br>Barron & Newburger, P.C.<br>7320 N MoPac Expy<br>Suite 400<br>Austin, TX 78731 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Nissan Motor Acceptance Corp.<br>P.O. Box 650680<br>Dallas, TX 75265 | O'Reilly Automotive, Inc<br>PO Box 9464<br>Springfield, MO 65801-9464 |

**Addresses marked (c) above for the following entity/entities were corrected as required by the USPS Locatable Address Conversion System (LACS).**

Safelite Fulfillment Inc
Attn: Real Estate Dept
2400 Farmers Dr
Columbus, OH 43235

**The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.**

(u)Attorney - Charles L. Eppright

(d)Bexar County
c/o Don Stecker
711 Navarro, Suite 300
San Antonio, TX 78205-1749

(d)Spraying Devices, Inc.
PO Box 3107
Visalia, CA 93278-3107

(d)Texas Outdoor Power Equipment Distributors
111 Halmar Cove
Georgetown, TX 78628-2331

(d)Turf Pride, LLC
P O Box 975
Andalusia, AL 36420-1219

End of Label Matrix
Mailable recipients    262
Bypassed recipients      5
Total                  267

| Final Offer | Price | Date In | SERIAL | Model Name | Model Number | Serial Number | C&M Tag | Hours | Classification | location | comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| $160.00 | $250.00 | | 20 tone shop press | 20 tone shop press | Floor Stand Type | | | | Shop | denver | |
| $2,750.00 | $5,481.30 | | Orange Trailer | 2008 Top Hat 4 whl car hauler | plate 822600H | 4R7BU20228T085396 | | | Shop | San Antonio | |
| $50.00 | $50.00 | | 8" electric brush + grinder | 8" electric brush + grinder | Floor Stand Type | | | | Shop | denver | |
| $2,000.00 | $3,500.00 | | all ezgo service tools | all ezgo service tools | various | | | | shop | denver | |
| $2,250.00 | $3,675.00 | | 1YGUS2428DB088715 | Aluma Trailer 24' | | 1YGUS2428DB088715 | | | shop | denver | |
| $2,350.00 | $4,125.00 | | IYGUS2625EB101693 | Aluma Trailer 26' | | IYGUS2625EB101693 | | | shop | denver | |
| $1,250.00 | $1,650.00 | | 1YGUS1016CB080277 | Aluminum Golf Car Trailer | | 1YGUS1016CB080277 | | | shop | denver | |
| $18,000.00 | $40,882.50 | 5/2/14 | 6813201661 | AR 522 | 68132 | 6813201661 | | 257 | support | Waco Warehouse | |
| $35,000.00 | $53,495.40 | 1/6/15 | 6823201776 | AR 722 | 68233 | 6823201776 | | 46 | demo | denver | |
| $25,000.00 | $52,926.30 | 12/26/13 | 6823301672 | AR 722 | 68233 | 6823301672 | | 6 | Demo | Waco Warehouse | |
| $35,000.00 | $53,495.40 | 2/5/15 | 6823301781 | AR 722 | 68233 | 6823301781 | | 2 | new aged | Waco Warehouse | |
| $7,000.00 | $21,680.00 | 6/18/08 | FZ000330 | AR3 turbo charged | 69164 | FZ000330 | | | used | denver | |
| $7,000.00 | $21,394.00 | 9/23/14 | GX100911 | AR3 turbo charged | 69173 | GX100911 | | 153 hours | used | denver | |
| $3,500.00 | $11,655.88 | 4/10/14 | Neary 227 | Bedknife grinder | 2770902 | 41C37700457 | | | Shop | San Antonio | |
| $75.00 | $75.00 | | chop saw | chop saw | electric | | | | shop | denver | |
| $350.00 | $573.68 | | diagmaster and cables | diagmaster and cables | 4264470 | | | | shop | denver | |
| $160.00 | $250.00 | | Drill Press | Drill Press | Floor Stand Type | | | | Shop | denver | |
| $3,000.00 | $6,100.00 | 7/8/13 | 6333801684 | Eclipse 2 | 63338 | 6333801684 | | | demo | denver | very good condition |
| $18,500.00 | $28,097.54 | 2/9/16 | 6285101787 | Eclipse 322 diesel | 62851 | 62851001787 | | 1 | new | San Antonio | no reels, no motor kit |
| $19,500.00 | $27,098.00 | 7/7/15 | 6280303760 | Eclipse 322 gas | 62803 | 6280303760 | | | new aged | denver | shows age, but in good condition. City of arvada |
| $18,000.00 | $27,098.00 | 7/7/15 | 6280303762 | Eclipse 322 gas | 62803 | 6280303762 | | | demo | denver | |
| $16,000.00 | $27,098.00 | 8/13/15 | 6280303780 | Eclipse 322 gas | 62803 | 6280303780 | | 161 | support | San Antonio | set up for use |
| $1,400.00 | $2,000.00 | | Equipment lift | Equipment lift | 2 post | | | | Shop | denver | |
| $3,750.00 | $8,300.00 | 6/3/14 | 41E67201683 | Foley AccuMaster Grinder | 6720901 | 41E67201683 | | | shop | denver | bedknife grinder |
| $4,750.00 | $14,900.00 | 6/3/14 | 41E63201183 | Foley Accu-Pro Grinder | 6320931 | 41E63201183 | | | shop | denver | reel grinder |
| $3,250.00 | $5,000.00 | 4/4/12 | 21C63201241 | Foley AccuPro Spin Grinder | 6320911 | 21C63201241 | | | shop | denver | old style - off lease from Maroon Creek |
| $3,000.00 | $9,614.16 | 8/15/13 | 6230301891 | GKIV | 62303 | 6230301891 | JA1280807 | 1660 | support | Waco Warehouse | |
| $5,500.00 | $10,000.00 | 10/26/17 | 6279610558 | GP 400 Gas | 62706 | 6279610558 | JA1280499 | 920 | support | denver | |
| $5,000.00 | $19,578.00 | 8/13/15 | 6270610603 | GP 400 GAS | 62706 | 6270610603 | | | support | San Antonio | dead batteries, has definintely been used |
| $2,900.00 | $6,911.00 | 7/31/17 | 3278057 | Hauler 1200 Refresh | 651387G01 | 3278057 | | | new aged | denver | |
| $2,950.00 | $6,247.21 | | 3226328 | Hauler 1200X | | 3226328 | | | NEW AGED | San Antonio | looks aged, missing brushguard |
| $2,700.00 | $5,143.73 | 7/15/16 | 3219799 | Hauler 800X G | 618846G01 | 3219799 | | | used | Waco Warehouse | |
| $3,650.00 | $7,597.00 | 8/17/16 | 3223002 | Hauler Pro | 651395G01 | 3223002 | | | new aged | denver | |
| $2,400.00 | $6,973.00 | 6/28/14 | 3087351 | Hauler Pro X | 637718G01 | 3087351 | | | new aged | denver | |
| $100.00 | $100.00 | | 10 each | Jacks & Stands | various | | | | shop | denver | |
| $4,000.00 | $7,349.34 | 5/20/16 | 3206522 | L6 Gas | 618866G01 | 3206522 | | | used | Waco Store | used for rentals. |
| $4,000.00 | $7,349.34 | 5/20/16 | 3206523 | L6 Gas | 618866G01 | 3206523 | | | used | Waco Store | used for rentals. |
| $3,500.00 | $7,349.34 | 5/20/16 | 3206867 | L6 Gas | 618866G01 | 3206867 | | | new aged | Waco Store | needs engine |
| $4,000.00 | $7,349.34 | 5/20/16 | 3207645 | L6 Gas | 618866G01 | 3207645 | | | used | Waco Store | used for rentals. |
| $21,000.00 | $32,729.00 | 8/27/14 | 6801101683 | LF 550 | 68011 | 6801101683 | | 210 | used | denver | needs reels |
| $14,000.00 | $31,613.00 | 2/26/16 | 68010001674 | LF510 | 68010 | Need from C&M | | | demo | San Antonio | at course on loan |
| $25,000.00 | $34,417.16 | 1/6/15 | 6801501666 | LF550 | 68015 | 6801501666 | | | new | denver | needs reels |
| $600.00 | $1,800.00 | 6/3/14 | 80B62001063 | Lift Table for Grinder | 6200980 | 80B62001063 | | | shop | denver | |
| $100.00 | $100.00 | | no serial | Mower Caddy | | no serial | | | New | San Antonio | no serial; from GIS Show |
| $3,750.00 | $6,029.00 | 7/7/15 | 6328601866 | PGM 22 | 63286 | 63286001866 | | | demo | San Antonio | like new |
| $3,500.00 | $6,029.00 | 7/7/15 | 6328601871 | PGM 22 | 63286 | 6328601871 | | | new aged | Waco Warehouse | |
| $600.00 | $1,000.00 | | Pressure Washer | Pressure Washer | Electric | | | | Shop | denver | |
| $900.00 | $1,500.00 | | Large Swamp Cooler | Quietaire Cooling | QC36B3 | | | | | San Antonio | needs water pump |
| $5,000.00 | $15,317.21 | 3/10/18 | 6917801686 | R311 | 69178 | 6917801686 | JA1281164 | 800 | USED | Waco Store | fairly rough |
| $4,500.00 | $19,580.00 | 4/10/14 | Neary 555 | Reel Grinder | 5550912 | 41C5500431 | | | Shop | San Antonio | |
| $750.00 | $1,454.00 | 6/30/15 | 6283305835 | Reels | 62833 | 6283305835 | | | new aged | denver | |
| $750.00 | $1,454.00 | 6/30/15 | 6283305836 | Reels | 62833 | 6283305836 | | | new aged | denver | |
| $750.00 | $1,454.00 | 6/30/15 | 6283305837 | Reels | 62833 | 6283305837 | | | new aged | denver | |
| $750.00 | $1,454.00 | 6/30/15 | 6283305838 | Reels | 62833 | 6283305838 | | | new aged | denver | |
| $750.00 | $1,454.00 | 6/30/15 | 6283305839 | Reels | 62833 | 6283305839 | | | new aged | denver | |
| $750.00 | $1,454.00 | 6/30/15 | 6283305843 | Reels | 62833 | 6283305843 | | | new aged | denver | |
| $700.00 | $1,498.00 | 4/3/16 | 6284502666 | Reels | 62845 | 6284502666 | | | new | denver | |
| $4,500.00 | $7,254.86 | 6/15/15 | 3139559 | Refresher | 618843G01 | 3139559 | | | new | denver | |
| $8,000.00 | $13,517.00 | 10/6/15 | 3162807 | Refresher Oasis | 633911G02 | 3162807 | | | new | denver | need to be cleaned well |
| $4,400.00 | $7,446.70 | 9/12/17 | 3301299 | Shuttle 2 gas | 618849G01 | 3301299 | | | used | Waco Warehouse | |
| $4,900.00 | $7,463.62 | 4/6/18 | 3317175 | Shuttle 6 electric | 618852G01 | 3317175 | | | new aged | Waco Warehouse | |
| $26,500.00 | $31,518.00 | 9/30/16 | D2479 | Smitcho Sweepstar Diesel | 77-100-CF | D2479 | | 31 | demo | denver | |
| $7,000.00 | $14,333.00 | 4/26/16 | T6928 | Smithco Roller XXL | 7000 | T6928 | | | demo | denver | |

| Final Offer | Price | Date In | SERIAL | Model Name | Model Number | Serial Number | C&M Tag | Hours | Classification | location | comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| $9,000.00 | $12,699.90 | 3/9/15 | 3HS0103 | Smithco Sandstar 3 | 45-003-A | 3HS0103 | | 16 | demo | denver | |
| $21,000.00 | $27,852.00 | 9/30/16 | 200G190 | Smithco Spraystar 2000 | 2002 | 200G190 | | | new | denver | fully set up |
| $4,000.00 | $12,173.00 | 12/9/14 | T6047 | Smithco Tournament Roller | 7590 | T6047 | | 236 | used | denver | |
| $2,600.00 | $5,266.00 | 8/13/15 | 3155383 | Terrain 250 G | 618855G01 | 3155383 | | | new aged | denver | |
| $50.00 | $50.00 | | tire machine | tire machine | floor mount | | | | shop | denver | |
| $2,000.00 | $3,000.00 | | tool room / all tools | tool room / all tools | various | | | | shop | denver | |
| $12,500.00 | $24,913.00 | 9/14/15 | 84082A1242121100001783 | Truckster XD Diesel | 84082A | 84082A1242121100001783 | | 181 | support | Waco Store | |
| $12,250.00 | $15,095.50 | 1/6/15 | 69180421201646 | Turfcat 4WD | 691804212 | 69180421201646 | | 33 | demo | denver | |
| $2,650.00 | $3,810.00 | 8/13/15 | 3155254 | TXT G | 625111G01 | 3155254 | | | used | denver | |
| $2,400.00 | $3,759.00 | 8/20/14 | 3095133 | TXT G | 625111G01 | 3095133 | | | new aged | Waco Warehouse | |
| $2,700.00 | $3,684.08 | 8/5/15 | 3154680 | TXT G | 625111G01 | 3154680 | | | new aged | Waco Warehouse | |
| $600.00 | $300.00 | 10/31/17 | need from C&M | Verticut Reel | 67854-3590-99 | need from C&M | JA1280495 | | new | denver | |
| $600.00 | $300.00 | 10/31/17 | need from C&M | Verticut Reel | 67854-3590-99 | need from C&M | JA1280495 | | new | denver | |
| $600.00 | $300.00 | 10/31/17 | need from C&M | Verticut Reel | 67854-3590-99 | need from C&M | JA1280495 | | new | denver | |
| $600.00 | $300.00 | 10/31/17 | need from C&M | Verticut Reel | 67854-3590-99 | need from C&M | JA1280495 | | new | denver | |
| $600.00 | $300.00 | 10/31/17 | need from C&M | Verticut Reel | 678543592 | need from C&M | JA1280496 | | new | denver | |
| $600.00 | $300.00 | 10/31/17 | need from C&M | Verticut Reel | 678543593 | need from C&M | JA1280496 | | new | denver | |
| $600.00 | $300.00 | 10/31/17 | need from C&M | Verticut Reel | 678543594 | need from C&M | JA1280496 | | new | denver | |
| $600.00 | $300.00 | 10/31/17 | need from C&M | Verticut Reel | 678543595 | need from C&M | JA1280496 | | new | denver | |
| $600.00 | $300.00 | 10/31/17 | need from C&M | Verticut Reel | 678543596 | need from C&M | JA1280496 | | new | denver | |
| $2,000.00 | $15,000.00 | 10/26/17 | 6328203723 | Walker | 63282 | 6328203723 | JA1280382 | | support | denver | |
| $325.00 | $481.25 | | | 72V Discharge Machine | | LE17770 | | | Shop | San Antonio | |
| $400.00 | $500.00 | | | Air Compressor and hose reels | | | | | Shop | San Antonio | |
| $25.00 | $25.00 | | | Battery Charger | | | | | Shop | San Antonio | |
| $20.00 | $20.00 | | | Belt Measuring Tool | | | | | Shop | San Antonio | |
| $50.00 | $50.00 | | | Chop Saw | | | | | Shop | San Antonio | |
| $500.00 | | | | Connects Kit | | | | | Shop | San Antonio | |
| $100.00 | $150.00 | | | Drill Press | | | | | Shop | San Antonio | |
| $75.00 | $50.00 | | | Engine stand and cherry picker | | | | | Shop | San Antonio | |
| $100.00 | $100.00 | | | Fire Proof Cabinet | | | | | Shop | San Antonio | |
| $200.00 | $150.00 | | | Flow Meter | | | | | Shop | San Antonio | |
| $1,500.00 | $2,000.00 | | | Golf Lift | | | | | Shop | San Antonio | |
| $250.00 | $500.00 | | | Lift Table | | | | | Shop | San Antonio | |
| $750.00 | $1,700.28 | | | Pink Kit | | | | | Shop | San Antonio | |
| $75.00 | $100.00 | | | Press Machine | | | | | Shop | San Antonio | |
| $400.00 | | | | Small Swamp Cooler | | | | | Shop | San Antonio | |
| $50.00 | $50.00 | | | Small Wheel Grinder | | | | | Shop | San Antonio | |
| $250.00 | $250.00 | | | Welder and Torch | | | | | Shop | San Antonio | |
| $50.00 | $50.00 | | | Workbench and Granite Slab | | | | | Shop | San Antonio | |
| $300.00 | $566.50 | | | 322 Field Tester | 4222802 | | | | Shop | Waco Store | |
| $325.00 | $481.25 | | | 72V Discharge Machine | | LE17770 | | | Shop | Waco Store | three of these |
| $50.00 | $50.00 | | | Battery Charger | | | | | Shop | Waco Store | |
| $50.00 | $50.00 | | | Bench Grinder | | | | | Shop | Waco Store | |
| $400.00 | $576.68 | | | Diagmaster Tools | 4264470 | | | | Shop | Waco Store | |
| $200.00 | $150.00 | | | Flow Meter | | | | | Shop | Waco Store | |
| $50.00 | | | | Fuel Tanks | | | | | Shop | Waco Store | |
| $1,500.00 | $2,000.00 | | | Golf Lift | | | | | Shop | Waco Store | |
| $500.00 | $1,075.74 | | | Handheld Electronics (E-Z-GO) | 614400 | | | | Shop | Waco Store | |
| $250.00 | $300.00 | | | Lift Table | | | | | Shop | Waco Store | |
| $150.00 | $200.00 | | | Portacool Fan | | | | | Shop | Waco Store | |
| $650.00 | $1,000.00 | | | Pressure Washer | | | | | Shop | Waco Store | |
| $100.00 | $100.00 | | | Torch | | | | | Shop | Waco Store | |
| $600.00 | $1,000.00 | | | Welder | | | | | Shop | Waco Store | |
| $502,590.00 | $908,311.19 | Total | | | | | | | Shop | Waco Warehouse | |